McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00192 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| ANDREW STEPHEN LUND, | DATE: November 8, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Andrew Stephen Lund, by and through counsel Thomas A. Johnson, hereby agree and stipulate as follows:

1. On October 3, 2018, the Court set this case for a status conference on November 8, 2018. ECF No. 5. To date, the government has produced more than 700 pages of discovery. The government has also made other discovery materials available for inspection by the defendant and defense counsel. Defense counsel seeks additional time to investigate the allegations in the indictment and to continue the review of discovery materials. This investigation is necessary for effective preparation for trial.

2. Counsel for the government and defendant have conferred and respectfully request that the Court vacate the November 8, 2018, status conference, and set the case for a status conference on December 13, 2018 at 9:30 a.m. The parties agree that the interests of justice served by continuing the case to December 13, 2018, and excluding the intervening time under the Speedy Trial Act, outweigh

STIPULATION AND ORDER

1

the best interests of the public and the defendant in a speedy trial.  The parties request that the Court order time excluded from November 8, 2018, through December 13, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  November 6, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  November 6, 2018

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
Andrew Stephen Lund

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The status conference on November 8, 2018 is VACATED, and reset for December 13, 2018 at 9:30 a.m.  The Court specifically finds that the failure to grant a continuance and exclude the time between November 8, 2018, and December 13, 2018, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from November 8, 2018, to and including December 13, 2018, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  November 7, 2018

Hon. Troy L. Nunley
United States District Judge