1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-00192 TLN

                Plaintiff,                STIPULATION AND ORDER TO CONTINUE
12                                        STATUS CONFERENCE, AND TO EXCLUDE
         v.                               TIME UNDER SPEEDY TRIAL ACT
13
   ANDREW STEPHEN LUND,                   DATE: December 13, 2018
14                                        TIME: 9:30 a.m.
                Defendant.                COURT: Hon. Troy L. Nunley
15

16

17      The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and

18 defendant Andrew Stephen Lund, by and through counsel Thomas A. Johnson, hereby agree and

19 stipulate as follows:

20      1.      On November 8, 2018, the Court set this case for a status conference on December 13,

21 2018. ECF No. 6. To date, the government has produced more than 700 pages of discovery. The

22 government has also made other discovery materials available for inspection by the defendant and

23 defense counsel. Defense counsel seeks additional time to investigate the allegations in the indictment

24 and to continue the review of discovery materials. This investigation is necessary for effective

25 preparation for trial.

26      2.      Counsel for the government and defendant have conferred and respectfully request that

27 the Court vacate the December 13, 2018, status conference, and set the case for a status conference on

28 January 24, 2019 at 9:30 a.m. The parties agree that the interests of justice served by continuing the

case to January 24, 2019, and excluding the intervening time under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.  The parties request that the Court order time excluded from December 13, 2018, through January 24, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  December 10, 2018

McGREGOR W. SCOTT
United States Attorney

By:  /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  December 10, 2018

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
Andrew Stephen Lund

### ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The status conference on December 13, 2018 is VACATED, and reset for January 24, 2019 at 9:30 a.m.  The Court specifically finds that the failure to grant a continuance and exclude the time between December 13, 2018, and January 24, 2019, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from December 13, 2018, to and including January 24, 2019, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  December 10, 2018

Troy L. Nunley
United States District Judge