THOMAS A. JOHNSON, SBN 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ANDREW STEPHEN LUND,<br>Defendant | ) Case No. 2:18-cr-00192-TLN<br>)<br>)<br>) STIPULATION AND ORDER FOR<br>) CONTINUANCE OF STATUS<br>) CONFERENCE<br>)<br>) Date: 1/24/19<br>) Time: 9:30 a.m.<br>) Judge: Troy L. Nunley |

## **STIPULATION**

The United States of America through its undersigned counsel, Brian Fogerty, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Andrew Lund, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on January 24, 2019.

2. By this stipulation, Defendant now moves to continue the Status Conference to March 28, 2019, at 9:30 a.m. and to exclude time between January 24, 2019, and March 28, 2019, under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. A continuance is requested because attorney for the defendant needs additional time to review the discovery, conduct investigation, and discuss a potential resolution. Attorney for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for

1 | effective preparation, taking into account the exercise of due diligence. An

2 | extension is necessary for the continuity of defense counsel as well.

3 |    b.  The Government does not object to the continuance.

4 |    c.  Based on the above-stated findings, the ends of justice served by granting the

5 | requested continuance outweigh the best interests of the public and the

6 | defendants in a speedy trial within the original date prescribed by the Speedy

7 | Trial Act.

8 |    d.  For the purpose of computing time under the Speedy Trial Act, 18 United

9 | States Code Section 3161(h)(7)(A) within which trial must commence, the

10 | time period of January 24, 2019, to March 28, 2019, inclusive, is deemed

11 | excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and

12 | (B)(iv), corresponding to Local Code T-4 because it results from a continuance

13 | granted by the Court at defendant's request on the basis of the Court's finding

14 | that the ends of justice served by taking such action outweigh the best interest

15 | of the public and the defendant in a speedy trial.

16 | 4.  Nothing in this stipulation and order shall preclude a finding that other provisions

17 | of the Speedy Trial Act dictate that additional time periods are excludable from

18 | the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: January 17, 2019         By:   /s/ Thomas A. Johnson
                                   THOMAS A. JOHNSON
                                   Attorney for Andrew Lund

DATED: January 17, 2019                McGREGOR W. SCOTT
                                   United States Attorney

                           By:   /s/ Brian Fogerty
                                   BRIAN FOGERTY
                                   Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

DATED: January 18, 2019

Troy L. Nunley
United States District Judge