THOMAS A. JOHNSON, SBN 119203
Kristy M. Horton, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>ANDREW STEPHEN LUND,<br>    Defendant | ) Case No. 2:18-cr-00192-TLN<br>)<br>)<br>) STIPULATION AND ORDER FOR<br>) CONTINUANCE OF STATUS<br>) CONFERENCE<br>)<br>)<br>) Date: May 16, 2019<br>) Time: 9:30 a.m.<br>) Judge: Troy L. Nunley |

## **STIPULATION**

The United States of America through its undersigned counsel, Amy Hitchcock, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Andrew Lund, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on May 16, 2019.
2. By this stipulation, Defendant now moves to continue the Status Conference to July 18, 2019, at 9:30 a.m. and to exclude time between May 16, 2019, and July 18, 2019, under the Local Code T-4 (to allow defense counsel time to prepare and for continuity of counsel).
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because attorney for the defendant needs additional time to review the discovery, conduct investigation and research related to the charges and resulting from communications with the government, consult with his client, and otherwise prepare for trial.

1. b. Additionally, defense counsel will be in trial at the next scheduled court date and needs a continuance.
2. c. Attorney for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. An extension is necessary for the continuity of defense counsel as well.
3. d. The Government does not object to the continuance.
4. e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
5. f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 16, 2019 to July 18, 2019 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: May 1, 2019            By:     /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Andrew Lund

DATED: May 1, 2019
                                               McGREGOR W. SCOTT
                                               United States Attorney

                                       By:   /s/ Amy Hitchcock
                                                      AMY HITCHCOCK
                                                      Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED.**

Dated: 5/2/2019

                                               Troy L. Nunley
                                               United States District Judge