THOMAS A. JOHNSON, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:18-cr-00192-TLN |
| Plaintiff, | ) ) | DEFENDANT'S STIPULATION AND |
| v. | ) ) | ORDER FOR CONTINUANCE OF J&S |
| ANDREW STEPHEN LUND, | ) ) | Date: December 5, 2019 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 5, 2019, is continued to February 6, 2020, at 9:30 a.m. in the same courtroom. Defense counsel is requesting additional time to prepare. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | February 6, 2020 |
| Reply or Statement | January 30, 2020 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 23, 2020 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 16, 2020 |

1

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 19, 2019 |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: November 12, 2019 | By: | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Andrew Lund |
| DATED: November 12, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Amy Hitchcock<br>AMY HITCHCOCK<br>Assistant U.S. Attorney |

## ORDER

**IT IS SO ORDERED.**

DATED: November 13, 2019

_____
Troy L. Nunley
United States District Judge