THOMAS A. JOHNSON, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00192-TLN |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF J&S |
| v. | |
| ANDREW STEPHEN LUND, | Date: February 6, 2020 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 6, 2020, is continued to February 20, 2020, at 9:30 a.m. in the same courtroom. Defense counsel is requesting additional time to prepare. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:      February 20, 2020

Reply or Statement      February 13, 2020

**IT IS SO STIPULATED.**

DATED: January 23, 2020      By:    /s/ Thomas A. Johnson
                                                    THOMAS A. JOHNSON
                                                    Attorney for Andrew Lund

1

DATED: January 23, 2020

MCGREGOR W. SCOTT
United States Attorney

By: /s/ Amy Hitchcock
AMY HITCHCOCK
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 23, 2020

_____
Troy L. Nunley
United States District Judge