McGREGOR W. SCOTT
United States Attorney
AMY S. HITCHCOCK
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW STEPHEN LUND,<br><br>Defendant. | CASE NO. 2:18-CR-00192 TLN<br><br>STIPULATION AND ORDER FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND |

Plaintiff United States of America, by and through its counsel of record, and defendant Andrew Stephen Lund (the Defendant), by through his counsel of record, hereby seek an order authorizing the Defendant to deposit $5,100.00 into the Court's deposit fund pending the outcome of this criminal prosecution. The parties stipulate and agree as follows:

1. The indictment in this case charged the Defendant with Attempted Enticement of a Minor, in violation of 18 U.S.C. § 2422(b). ECF 1. Defendant entered a guilty plea to this charge on September 5, 2019, pursuant to a plea agreement. ECF 22, 25. Judgment and sentencing is currently set for February 20, 2020.

2. In the plea agreement, the Defendant agreed that he is subject to a special assessment of $100. The Defendant also agreed that, pursuant to 18 U.S.C. § 3014, if the Court finds that he is non-indigent, he is subject to an additional mandatory special assessment of $5,000. *See* ECF 25 at 3.

STIP AND ORDER RE: DEPOSIT OF FUNDS

1

3. The Defendant is prepared to pay the $100 special assessment and $5,000 additional mandatory special assessment to the Clerk of the Court by February 20, 2020.

4. Pursuant to 18 U.S.C. § 3014, the Clerk of the Court shall not disburse the $5,000 additional mandatory special assessment so deposited until the Court has made a finding that the defendant is non-indigent, and the defendant has satisfied all outstanding court-ordered fines, orders of restitution, and any other obligation related to victim compensation arising from this criminal conviction.

5. Based on the foregoing, the Parties agree the Court can and should enter an order directing:

    A. Defendant to pay $5,100.00 to the Clerk of Court by February 20, 2020, according to the payment instructions stated in the accompanying order; and

    B. The Clerk of Court to deposit Defendant's payment into the Court's Deposit Fund and apply those funds to all criminal monetary penalties the Court orders at sentencing.

IT IS SO STIPULATED.

Dated: February 10, 2020      McGREGOR W. SCOTT
United States Attorney

/s/ AMY S. HITCHCOCK
AMY S. HITCHCOCK
KURT A. DIDER
Assistant United States Attorney

Dated: February 10, 2020      /s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
ANDREW STEPHEN LUND

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Deposit of Funds into the Court's Deposit Fund (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant Andrew Stephen Lund shall PAY $5,100.00 to the Clerk of Court by February 20, 2020.

2. Defendant shall make his payment PAYABLE to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Defendant shall also state the docket number (Case No.: 2:18-cr-00192-TLN) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. The Clerk of Court shall DEPOSIT Defendant's prejudgment payment into the Court's Deposit Fund (the Fund).

4. Defendant's prejudgment payment shall REMAIN in the Fund pending adjudication of this case. Upon sentencing, the Clerk of Court shall APPLY the payment towards the criminal monetary penalties ordered in the case. If the Court orders criminal monetary penalties in an amount less than Defendant's prejudgment payment, the Clerk of Court shall RETURN the surplus to the Defendant within thirty days following entry of judgment.

IT IS SO ORDERED.

Dated: February 11, 2020

_____
Troy L. Nunley
United States District Judge