McGREGOR W. SCOTT
United States Attorney
AMY S. HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00192-TLN |
|---|---|
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
| v. | DATE: February 20, 2020 |
| ANDREW STEPHEN LUND, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

## I. SENTENCING RECOMMENDATION

Defendant Andrew Stephen Lund is set for judgment and sentencing on February 20, 2020, after pleading guilty to attempted enticement of a minor, in violation of 18 U.S.C. § 2422(b). Both parties and the Probation Office agree that the applicable guideline term of imprisonment is 120 months, the minimum term required by statute. *See* ECF 29, Presentence Report (PSR) at ¶ 69-70; ECF 25, Plea Agreement at p. 9; *see also* 18 U.S.C. § 2422(b).

The United States hereby submits its recommendation that Lund be sentenced to a term of 120 months imprisonment, the low end of the applicable sentencing guideline range, as a sentence sufficient, but not greater than necessary, to meet the purposes of sentencing set forth in 18 U.S.C. § 3553(a).

## II. RESTITUTION AND SPECIAL ASSESSMENT

Pursuant to 18 U.S.C. § 3663A(a)(1)(A) and the Plea Agreement, Lund agreed to pay restitution to victims affected by his offense conduct, including those victims included in counts the government

USA SENTENCING MEMO     1

agreed to dismiss. PSR at ¶ 79, 82. To date however, no victim has been identified or claimed restitution. PSR at ¶ 79.

In the Plea Agreement, Lund also agreed that he was subject to the Justice for Victims of Trafficking Act, and agreed to pay the additional special assessment of $5,000 mandated by that Act. To that end, the defendant has agreed to deposit $5,100 (to include the $100 special assessment) with the Clerk of the Court on February 20, 2020. ECF 32, 33.

Dated: February 14, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ AMY S. HITCHCOCK
AMY S. HITCHCOCK
Assistant United States Attorney

USA SENTENCING MEMO

2